AK/2006R00205

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06 - 151-JBS |
| v | : | 26 U.S.C. § 7201<br>18 U.S.C. § 371 |
| | : | |
| MATTHEW FOX and<br>MELODY FOX, a/k/a<br>Melody Willis | : | INDICTMENT |

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

At all times relevant to this Indictment:

**COUNT 1**

18 U.S.C. § 371
Conspiracy to Defraud the United States

BACKGROUND

1. Defendant MATTHEW FOX, a resident of Galloway Township, New Jersey worked for PRBA Corp. doing business as B. E. ("B. E."), a night club in Atlantic City, New Jersey.

2. From in or about early 1998, through in or about July 1999, defendant MATTHEW FOX provided security services at B. E. and received payment for his services as an independent contractor. During this period, defendant MATTHEW FOX received compensation for his services in the form of cash payments from B. E. based on the number of hours worked per week, and in the form of tips from exotic dancers who performed at B. E.. During 1998, defendant MATTHEW FOX was also employed as a dealer at a T.T.M., a casino in Atlantic City, New Jersey.

3. From on or about August 1999, through December 2002, defendant MATTHEW FOX was employed by B. E. as a manager. During this period, defendant MATTHEW FOX received compensation from B. E. in the form of wages in the amount of approximately $400 per week, and in the form of cash tips from exotic dancers who performed at B. E.

4. From on or about January 2000, through on or about July 1, 2000, defendant MELODY FOX, formerly known as Melody Willis, worked periodically as an exotic dancer in Tampa, Florida. From on or about July 3, 2000 to August 1, 2000, defendant MELODY FOX worked as an exotic dancer at B.E. in Atlantic City, New Jersey. Defendant MELODY FOX received compensation for her work as an exotic dancer in the form of tips. From on or about August 1, 2000 through December 2002, defendant MELODY FOX was unemployed. Defendant MELODY FOX did not timely file U.S. Individual Income Tax Returns for the years 2000, 2001 and 2002.

5. On or about March 15, 2000, defendant MATTHEW FOX filed a U.S. Individual Income Tax Return (Form 1040A) for the year 1998 on which he reported $3,173 in wages defendant MATTHEW FOX received from T.T.M., a casino in Atlantic City, New Jersey, and $37 in interest income. This return failed to report any compensation defendant MATTHEW FOX received from B. E. or any tip income received from exotic dancers who worked at B. E.

6. On or about March 7, 2000, defendant MATTHEW FOX filed a U.S. Individual Income Tax Return (Form 1040A) for the year 1999 on which he reported $9,600 in wages defendant MATTHEW FOX received from B. E. This return failed to report any tip income defendant MATTHEW FOX received from exotic dancers who worked at B. E.

 

7. On or about July 11, 2001, defendant MATTHEW FOX filed a U.S. Individual Income Tax Return (Form 1040) for the year 2000 on which he reported $20,800 in wages defendant MATTHEW FOX received from B. E. and a $1,296 capital gain from the sale of stock. This return failed to report any tip income defendant MATTHEW FOX received from exotic dancers who worked at B. E.

8. On or about March 22, 2002, defendant MATTHEW FOX filed a U.S. Individual Income Tax Return (Form 1040) for the year 2001 on which defendant MATTHEW FOX reported $14,400 in wages defendant MATTHEW FOX received from B. E., a $126 state tax refund, a $7,148 capital gain from the sale of stock, and $10,325 of tip income. This return failed to report a substantial amount of the tip income defendant MATTHEW FOX received from exotic dancers who worked at B. E.

9. On or about February 15, 2003, defendant MATTHEW FOX and defendant MELODY FOX were married in Clark County, Nevada.

10. On or about April 7, 2003, defendant MATTHEW FOX was advised that he was the subject of an Internal Revenue Service criminal investigation concerning his federal income tax returns and tax liabilities for the years 1998 to 2002.

11. On or about April 14, 2004, defendant MATTHEW FOX filed a U.S. Individual Income Tax Return (Form 1040) for the year 2002 on which defendant MATTHEW FOX reported $16,800 in wages defendant MATTHEW FOX received from B. E., a $44 state tax refund, $12,000 of gambling income from an Atlantic City, New Jersey casino, and $28,600 of tip income. This return failed to report a substantial amount of the tip income defendant MATTHEW FOX received from exotic dancers who worked at B. E.

THE CONSPIRACY

12. Beginning in or before April 2003, and continuing thereafter up to and including the date of this Indictment, in the District of New Jersey and elsewhere, the defendants,

MATTHEW FOX
and
MELODY FOX, a/k/a Melody Willis,

did knowingly and willfully conspire and agree with each other, and with others, to (a) defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the IRS in ascertaining, computing, assessing, and collecting taxes, and ( b) to commit offenses against the United States, to wit, violations of Title 26, United States Code, Sections 7206(1) and 7206(2).

MANNER AND MEANS OF THE CONSPIRACY

13. It was part of the conspiracy that between in or about April 2003 and in or about June 2003, defendant MATTHEW FOX and defendant MELODY FOX agreed that defendant MELODY FOX would file U.S. Individual Income Tax Returns for the years 2000, 2001 and 2002 on which she would report income that she had not earned, so that defendant MATTHEW FOX could falsely represent to the Internal Revenue Service that the source of funds for any personal expenses he had incurred for those years was not his income (which he had failed to report on the tax returns he had filed for those years), but rather the income of defendant MELODY FOX.

14. It was further part of the conspiracy that in or about June 2003, the defendant MATTHEW FOX met with an attorney specializing in taxation ("the tax attorney") for the purpose of having federal individual income tax returns prepared for defendant MELODY

FOX for the years 2000, 2001 and 2002.

15. It was further part of the conspiracy that between in or about June 2003 and in or about July 2003, defendants MATTHEW FOX and MELODY FOX met with the tax attorney for the purpose of providing income and expense information in connection with the preparation of defendant MELODY FOX's 2000, 2001 and 2002 federal individual income tax returns.

16. It was further part of the conspiracy that between in or about June 2003 and in or about July 2003, defendants MATTHEW FOX and MELODY FOX provided information regarding defendant MELODY FOX's income and expenses for the years 2000, 2001 and 2002, to the tax attorney that they each knew to be false.

17. It was further part of the conspiracy that between in or about June 2003 and in or about July 2003, defendants MATTHEW FOX and MELODY FOX falsely represented to the tax attorney, both verbally and through documentation, that defendant MELODY FOX had earned substantial income during the years 2000, 2001 and 2002 through her work as a dancer.

18. It was further part of the conspiracy that on or about July 30, 2003, defendant MELODY FOX signed and filed U.S. Individual Income Tax Returns (Forms 1040) for the years 2000, 2001, and 2002, which falsely reported total income in the amounts of $94,265, $103,581 and $114,065, respectively, knowing that she had earned no income during the years 2001 and 2002, and had earned substantially less than $94,265 during 2000.

OVERT ACTS

In furtherance of the conspiracy and to effect its unlawful object, defendants MATTHEW FOX and MELODY FOX, committed and caused to be committed the following

overt acts in the District of New Jersey and elsewhere:

1. On or about July 30, 2003, defendant MELODY FOX signed and filed a U.S. Individual Income Tax Return (Forms 1040) for the year 2000, reporting total income of $94,265.

2. On or about July 30, 2003, defendant MELODY FOX signed and filed a U.S. Individual Income Tax Return (Forms 1040) for the year 2001, reporting total income of $103,581.

3. On or about July 30, 2003, defendant MELODY FOX signed and filed a U.S. Individual Income Tax Return (Forms 1040) for the year 2001, reporting total income of $114,065.

In violation of Title 18, United States Code, Section 371.

**COUNTS 2 THROUGH 6**

26 U.S.C. § 7201
Evasion of Income Taxes
(*Matthew Fox*)

1. Paragraphs 1 through 11 of Count 1 of this Indictment are realleged as if set forth in full herein.

2. On or about January 1 of each of the calendar years set forth below through on or about the filing dates for each of the calendar years set forth below, in the District of New Jersey and elsewhere defendant

MATTHEW FOX

did unlawfully, willfully, and knowingly attempt to evade and defeat a substantial part of the income tax due and owing by him to the United States of America for each of the calendar years set forth below by various means, including, among other things, by preparing and causing to be prepared, and signing and filing with the Internal Revenue Service false and fraudulent Joint U.S. Individual Income Tax Returns, Forms 1040, on which he failed to report all of his income, and wherein he falsely stated that his taxable income and tax due, were in the amounts set forth below, whereas, as defendant MATTHEW FOX, then and there well knew and believed his correct taxable income and correct tax due and owing for these years was substantially in excess of the amounts reported on the tax return for each calendar year as set forth below:

| | | | As Reported | | As Corrected | |
|---|---|---|---|---|---|---|
| Count | Calendar Year | Filing Date | Taxable Income | Tax | Taxable Income | Tax |
| 2 | 1998 | 3/7/00 | -0- | -0- | $29,688 | $5,014 |
| 3 | 1999 | 3/7/00 | $2,550 | $384 | $ 24,810 | $3,724 |
| 4 | 2000 | 7/11/01 | $10,248 | $1,519 | $112, 580 | $29,581 |
| 5 | 2001 | 2/22/02 | $21,843 | $3,706 | $154,007 | $41,870 |
| 6 | 2002 | 4/14/04 | $46,744 | $11,150 | $170,662 | $49,173 |

In violation of Title 26, United States Code, Section 7201.

A TRUE BILL

FOREMAN

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY



1557080.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA**

**v.**

**MATTHEW FOX and MELODY FOX,**
**a/k/a Melody Willis**

## INDICTMENT

Title 26, United States Code,
Section 7201
Title 18, United States Code,
Section 371

A TRUE BILL.

*Foreperson*

**CHRISTOPHER J. CHRISTIE**
*U.S. ATTORNEY NEWARK, NEW JERSEY*

**ANDREW J. KAMEROS**
Trial Attorney
*Department of Justice*
*Camden, New Jersey*

:jk